

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DRAMONT TURKS | CIVIL ACTION NO: 11-0391 |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN, AVOYELLES CORRECTIONAL DENTER | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **DENIED**. This matter is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2253(c), a Certificate of Appealability is **DENIED**.

**THUS DONE AND SIGNED**, this 10 day of March, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE